Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

~~FILED~~

UNITED STATES DISTRICT COURT

UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

*for the*

NOV 12 2025

District of

Division

MITCHELL R. ELFERS
CLERK

Case No. 25cv1133 JFR

*(to be filled in by the Clerk's Office)*

Michael L Dailey

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

City of Albuquerque

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

Jury Trial: *(check one)*  ☒ Yes  ☐ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if
needed.

| | |
|---|---|
| Name | Michael Anthony Dailey |
| Street Address | 246 3121 Vermont St NE |
| City and County | Albuquerque, Bernalillo |
| State and Zip Code | New Mexico 87110 |
| Telephone Number | (505) 541-9092 |
| E-mail Address | Daileyspoolservices@gmail.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an
individual, a government agency, an organization, or a corporation. For an individual defendant,
include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1

    Name        Barcelona Suites/City of Albuquerque

    Job or Title *(if known)*   Maintence/Vendor

    Street Address    900 Louisanna Blvd NE    PO Box 2248

    City and County    Albuquerque, Bernalillo    Albuquerque NM

    State and Zip Code   New Mexico 87110    87103

    Telephone Number   (505) 864

    E-mail Address *(if known)*

Defendant No. 2

    Name        Anna Marie Chavez

    Job or Title *(if known)*   Barcelona Suites property Manager

    Street Address    900 Louisanna Blvd NE.

    City and County    Albuquerque, Bernalillo

    State and Zip Code   New Mexico 87110

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Albuquerque Area Office**
500 Gold Avenue SW,Suite 6401, PO Box 128
Albuquerque, NM 87103
(505) 738-6721
Website: www.eeoc.gov

## <u>DETERMINATION AND NOTICE OF RIGHTS</u>
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 08/12/2025

**To:** Michael A. Dailey Jr.
3121 Vermont Street NE
ALBUQUERQUE, NM 87110

Charge No: 543-2025-00309

EEOC Representative and email:     JAVIER GARCIA
EQUAL OPPORTUNITY INVESTIGATOR
JAVIER.GARCIA@EEOC.GOV

---

## DETERMINATION AND NOTICE OF RIGHTS

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice that the EEOC has dismissed your charge and has issued you notice of your right to sue the respondent(s) on this charge. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of EEOC's official notice of dismissal.** You should keep a record of the date you received the EEOC's official notice of dismissal. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 543-2025-00309

On behalf of the Commission,

**JAVIER GARCIA**     Digitally signed by JAVIER
GARCIA
Date: 2025.08.12 12:30:17 -06'00'

For;
April Klug
Area Office Director

1-10-2025 Wroslukla

ERN116053

EEOC No. 543-2025-00309 | FEPA No.

*Amended* (handwritten)

# CHARGE OF DISCRIMINATION

Form 5 (06/24)

This form is affected by the Privacy Act of 1974.
See attached Privacy Act Statement and other information before completing this form.

| CHARGE PRESENTED TO: | AGENCY CHARGE NO. |
|---|---|
| EEOC | 543-2025-00309 |

New Mexico Dept of Workforce Solutions, Human Rights Bureau

---

Name (indicate Mr., Ms., Mrs., Miss, Dr., Hon., Rev.): Michael A. Dailey Jr.

Phone No.: ~~505-310-2220~~ 505-541-2978    Secure_187@icloud.com

Year of Birth: 03/24/1980

Mailing Address: 900 louisanna blvd ne suiet186 — 3121 Vermont street NE
ALBUQUERQUE, NM 87110

---

Named below is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency that I believe discriminated against me or others.

Name: Barcelona Suites  and

No. Employees, Members: Unknown Number Of Employees  20 plus employees

Phone No.:

Mailing Address: 900 louisanna blvd
ALBUQUERQUE, NM 87110, UNITED STATES OF AMERICA

Name: Bella Asset Management, Texas License

No. Employees, Members: 10

Phone No.:

Mailing Address:

---

DISCRIMINATION BASED ON:
ONGOING (handwritten)
Disability, Retaliation    didnt Have NM Permit to Accept Emergency Rental Assistance For Long Term MFH, Whistle Blower Complaint

DATE(S) DISCRIMINATION TOOK PLACE    IN Association with Neighbor Hood WATCH and NM TAX Rev, TLC Plumbing, Albuquerque Police and NM COURTS Reta in A Campaign Since 2021

Earliest: 01/01/2024

Latest: 10/18/2024 — ongoing

---

THE PARTICULARS ARE:

In or around January 2024, Barcelona Suites hired me as a Handyman. Requested Emergency Rental Assistance After Filed whistleblower complaint due to Notiarie my son (handwritten)

Since the beginning of my employment ~~as/ever~~, Respondent has subjected me to harassment, to include, but not limited to: Eviction, Wage theft, legal manipulation, interference with child custody, fraud waste and abuse of tax payer money, no permit for rental assistance, no permit for long term residence, petitions against me, high rent, charges for service animals, charges for PNM, water shutdown, removed tax payer account access, compromised mu MVD identity, removed bank access for business, Judge Jaramillo did nothing with concrete evidence on fraud waste and abuse of tax payer money, Anna Marje associated with APD, manipulates courts and clerks, creates a security treat by covert military operations.    AnnA MAR,e cHAVes AKA MAr,e Hurtardo

I believe that I have been retaliated against in violation of the Americans with Disabilities Act of 1990, as amended.

IS A convicted Sex offender As others, she Employs Spied On me by Hidden Rooms Behind master Bed Room Vandaltized my 2 vans 3 And Participated In A Campaign of Retaliation And Harrassment For using Protected Conduct And Exporting Corryolidin (handwritten)

And by Stealing Certified MAIL And used it
IN A NM Court of LAW under Uniform Act 140
To obtain ILLegAL eviction's and FRAud
NM STATE TAX PAYers And has Violated my
Rights As employee by Refused to pAY for work
Because of my DisAbility TAKes me Longer to
perform and Also Because of Her Religion I
wouldnt PARTicipate in SacroFice AnimALs

EEOC No. 543-2025-00309 | FEPA No.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct, and that I have read each page of this form.

Charging Party Signature & Date

If a state or local Fair Employment Practices Agency (FEPA) requires notarization, you may need to sign the charge in the presence of a notary. If so, please do so here.

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information, and belief.

_____
Notarized Signature of Charging Party

Subscribed and sworn to before me this date:

Signature of Notary_____

Printed Name _____

EEOC No. 543-2025-00309 | FEPA No.

# AMENDED CHARGE OF DISCRIMINATION

Form 5 (06/24)

This form is affected by the Privacy Act of 1974.
See attached Privacy Act Statement and other information before completing this form.

*[handwritten: 8-42-25 Pg. 1 of 4]*

| CHARGE PRESENTED TO: | AGENCY CHARGE NO. |
|---|---|
| EEOC | 543-2025-00309 |
| New Mexico Dept of Workforce Solutions, Human Rights Bureau | |

---

Name *(indicate Mr., Ms., Mrs., Miss, Dr., Hon., Rev.)*: Michael A. Dailey Jr.

Phone No.:     (505) 541-2978

Year of Birth:    1980

Mailing Address: 3121 Vermont Street NE

ALBUQUERQUE, NM 87110

---

Named below is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency that I believe discriminated against me or others.

Name: BARCELONA SUITES ; *[handwritten: Bonzo NM Department of Vocational Rehabilitation, Counseling A New Awaking Counseling, Federal Probation world]*

No. Employees, Members: 15 - 100 Employees

Phone No.: *[handwritten: Closed]*  *[handwritten: APD, FBI, Albuquerque Police Department, Bernal County Sheriffs, City of Albuquerque, Bernalillo County Clerks, Judge Jason M. Jaramillo, CYFD, APS, Neighbor Hood Watch, Federal Aviation]*

Mailing Address: 900 LOUISANNA BLVD

ALBUQUERQUE, NM 87110, UNITED STATES OF AMERICA

Name:  *[handwritten: Maria Isabella Armijo USDA, FASST Joseph R. Klick, Lomas Animal Human]*

No. Employees, Members:

Phone No.:

Mailing Address:

---

DISCRIMINATION BASED ON:

Disability, Retaliation

---

DATE(S) DISCRIMINATION TOOK PLACE

Earliest: 01/01/2024

Latest: 10/18/2024

---

THE PARTICULARS ARE:

In or around January 2024, Barcelona Suites hired me as a Handyman. *[handwritten: IN FEB. 2024]*

*[handwritten: Added Names, Agencies]*

In Association with neighborhood watch and NM TAX Rev, TLC plumbing, Albuquerque Police, and NM Courts in a campaign since 2021. Requested Emergency Rental Assistance after filing whistle blower complaint due to negligence and my son was kidnapped. Since the beginning of my employment ongoing, Respondent has subjected me to harassment, to include, but not limited to: Eviction, Wage theft, legal manipulation, interference with child custody, fraud waste and abuse of tax payer money, no permit for rental assistance, no permit for long term residence, petitions against me, high rent, charges for service animals, charges for PNM, water shutdown, removed tax payer account access, compromised mu MVD identity, removed bank access for business, Judge Jaramillo did nothing with concrete evidence on fraud waste and abuse of tax payer money, Anna Marie AKA Marie Hurtado, associated with APD, manipulates courts and clerks, creates a security treat by covert military operations. Anna Marie AKA Marie Hurtado is a convicted sex offender as others she employs spied on me by hidden rooms behind master bedroom, Vandalized my 2 vans and participated in a campaign of retaliation and harassment for using protected conduct and exploiting corruption, and by stealing certified mail, used it in NM courts of law under uniform act of 1990 to obtain illegal

---

EEOC No. 543-2025-00309 | FEPA No.

evictions and fraud NM state tax payers, and has violated my rights as employee by refusing to pay for work because of my disability, takes me longer to perform and also because of her religion, I wouldn't participate in sacrificing animals.

I believe that I have been retaliated against in violation of the Americans with Disabilities Act of 1990, as amended.

EEOC No. 543-2025-00309 | FEPA No.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct, and that I have read each page of this form.

_____

Charging Party Signature & Date

If a state or local Fair Employment Practices Agency (FEPA) requires notarization, you may need to sign the charge in the presence of a notary. If so, please do so here.

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information, and belief.

_____

Notarized Signature of Charging Party

Subscribed and sworn to before me this date:

Signature of Notary_____

Printed Name _____



EEOC No. 543-2025-00309 | FEPA No.

# Amended Charge of Discrimination

Form 5 (06/24)

This form is affected by the Privacy Act of 1974.
See attached Privacy Act Statement and other information before completing this form.    Pg 1 of 4

| CHARGE PRESENTED TO: | AGENCY CHARGE NO. |
|---|---|
| EEOC | 543-2025-00309 |
| New Mexico Dept of Workforce Solutions, Human Rights Bureau | |

Name *(indicate Mr., Ms., Mrs., Miss, Dr., Hon., Rev.)*: Michael A. Dailey Jr.

Phone No.:         (505) 541-2978
Year of Birth:     1980
Mailing Address: 3121 Vermont Street NE
ALBUQUERQUE, NM 87110

Named below is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency that I believe discriminated against me or others.

Name: BARCELONA SUITES
No. Employees, Members: 15 - 100 Employees
Phone No.:
Mailing Address: 900 LOUISANNA BLVD
ALBUQUERQUE, NM 87110, UNITED STATES OF AMERICA
Name:
No. Employees, Members:
Phone No.:
Mailing Address:

DISCRIMINATION BASED ON:

Disability, Retaliation

DATE(S) DISCRIMINATION TOOK PLACE

Earliest: 01/01/2024
Latest: 10/18/2024

THE PARTICULARS ARE:

In or around January 2024, Barcelona Suites hired me as a Handyman.

In Association with neighborhood watch, added names and agencies, and NM TAX Rev, TLC plumbing, Albuquerque Police, and NM Courts in a campaign since 2021. Requested Emergency Rental Assistance after filing whistle blower complaint due to negligence by my employer, Barcelona Suites, and my son was kidnapped. Since the beginning of my employment in February 2024 ongoing, Respondent has subjected me to harassment, to include, but not limited to: Eviction, Wage theft, legal manipulation, interference with child custody, fraud waste and abuse of tax payer money, no permit for rental assistance, no permit for long term residence, petitions against me, high rent, charges for service animals, charges for PNM, water shutdown, removed tax payer account access, compromised mu MVD identity, removed bank access for business, Judge Jaramillo did nothing with concrete evidence on fraud waste and abuse of tax payer money, Anna Marie AKA Marie Hurtado, associated with APD, manipulates courts and clerks, creates a security treat by covert military operations. Anna Marie AKA Marie Hurtado is a convicted sex offender as others she employs spied on me by hidden rooms behind master bedroom, Vandalized my 2 vans and participated in a campaign of retaliation and harassment for using protected conduct and exploiting corruption, and by stealing certified mail, used it in NM courts of law under uniform act of 1990 to obtain illegal evictions and fraud NM state tax

EEOC No. 543-2025-00309 | FEPA No.

payers, and has violated my rights as employee by refusing to pay for work because of my disability, takes me longer to perform and also because of her religion, I wouldn't participate in sacrificing animals.

I believe that I have been retaliated against in violation of the Americans with Disabilities Act of 1990, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct, and that I have read each page of this form.

_Pg 1 of 2_    _8/12/25_

Charging Party Signature & Date

If a state or local Fair Employment Practices Agency (FEPA) requires notarization, you may need to sign the charge in the presence of a notary. If so, please do so here.

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information, and belief.

_____

Notarized Signature of Charging Party

Subscribed and sworn to before me this date:

Signature of Notary _____

Printed Name _____

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT

for the

District of

Division

Michael L Dailey

**Plaintiff(s)**
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

City of Albuquerque

**Defendant(s)**
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☐ Yes  ☐ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                Michael Anthony Dailey
Street Address      246 3121 Vermont St NE
City and County     Albuquerque, Bernalillo
State and Zip Code  New Mexico L 87110
Telephone Number    (505) 541-9092
E-mail Address      Daileyspoolservices@gmail.com

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1

Name — Barcelona Suicts/City of Albuquerque

Job or Title *(if known)* — Maintence /Vendor

Street Address — 900 Louisanna Blud NE    PO Box 2248

City and County — Albuquerque, Bernalillo    Albuquerque NM

State and Zip Code — New Mexico 87110    87103

Telephone Number

E-mail Address *(if known)*

Defendant No. 2

Name — Anna Marie Chavez

Job or Title *(if known)* — Barcelona Suicts property Manager

Street Address

City and County — Albuquerque, Bernalillo

State and Zip Code — New Mexico 87110

Telephone Number

E-mail Address *(if known)*

Defendant No. 3

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

### C.    Place of Employment

~~The address at which I sought employment or was employed by the defendant(s) is~~

Name                  *Barcelona Suites*
Street Address        *900 Louisanna Blvd N.E.*
City and County       *Albuquerque    Bernalillo*
State and Zip Code    *New Mexico - I 87110*
Telephone Number      *(505) 768-4500*

## II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

[X]    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

[ ]    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

[X]    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note:  In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

[X]    Other federal law *(specify the federal law)*:  *34 U.S.C §12601 Police Misconduct Provisi*
*45 CFR § 75.216, 101, 400   NON-DISCRIMINATION*
[X]    Relevant state law *(specify, if known)*:  *Prohibition Against Prof.;*
*Uniform Resident DR (UORRA)*

[ ]    Relevant city or county law *(specify, if known)*:

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- [ ] Failure to hire me.
- [x] Termination of my employment.
- [ ] Failure to promote me.
- [x] Failure to accommodate my disability.
- [x] Unequal terms and conditions of my employment.
- [x] Retaliation.
- [x] Other acts *(specify)*: Whistleblower Retaliation

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)
1-10-2025 Whistleblower Complaint ECN 116053 / 10-18/19/2024 / Kidnapping of Son Because Reuben C. Durate Let 8 Individuals In After Visiting Hour

C.    I believe that defendant(s) *(check one)*:
- [x] is/are still committing these acts against me.
- [ ] is/are not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:
- [ ] race _____
- [ ] color _____
- [ ] gender/sex _____
- [x] religion _____
- [ ] national origin _____
- [ ] age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*
- [x] disability or perceived disability *(specify disability)*
PTSD, Major Anxiety

E.    The facts of my case are as follows. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

IV.  **Exhaustion of Federal Administrative Remedies**

A.  It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

B.  The Equal Employment Opportunity Commission *(check one)*:

☐  has not issued a Notice of Right to Sue letter.

☒  issued a Notice of Right to Sue letter, which I received on *(date)*  **8/18/25** .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.  Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☒  60 days or more have elapsed.

☒  less than 60 days have elapsed.

V.  **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Immediatly I WANT Injunctions 1 Million dollars USD. DueTo AFter Fild Notice of Break of Rental Aggrements, And FOR My Son to be transitioned Back Into my custody. Medical/Dental/Psychological/ Paid For Life. And Property Returned

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

I Also Want New Identity's And A House Seculeded of My Chice with Vuichles + LAND.
Most Importanly Rule + Policy Change so this Dosent Happen to Another American Citizen.

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    _11-12-2025_

Signature of Plaintiff    _____

Printed Name of Plaintiff    _Michael Dailey_

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____

## E. FACT'S OF CASE

Defendants Barcelona Suites operated and managed through sex offenders by criminal activity have used the State Of New Mexico rental assistance voucher system through hope works Andrew Rivas. During the process of my rental assistance application Andrew Rivas requested my rental agreement by email to anna Chavez property manager of Barcelona suites also forcing me to sign a backdated rental agreement to month to month in order to stay at Barcelona or faced eviction but pre-meditating eviction by discrimination after property manager Anna Marie Chavez lied to me to intentionally . Anna Chavez and tina Garza CEO of Barcelona also work for Bella asset management services owned by the same ownership David Lagatt and operating and maintain the loop apartments and uptown villa apartments. Barcelona suites assisted in the constant monitoring and surveillance of me and my family members in conspiracy with Department of Justice, Bernalillo County, neighborhood watch , organized crime commission, eeoc commissioner director April , Javier Garcia, City of Albuquerque, NMDVR Adam Cruz and the Department Of Justice after misleading and false information had been provided to terrorist screening center enlisting me and my family members by new Mexico attorney general's office after filed grievances against NMDVR, FAA, and Federal Probation even filing pro se motions myself to get harassment addressed due to misrepresentation and corruption's through this court and clerks department eventually my family and i were new additions to the government watchlist preventing me and

family members life, liberty and freedom in a pattern of wantcn and outrageous government misconduct going un reported by law enforcement after being sent to federal prison on a false urinalysis test that i was put in super max after going through a couple CJA attorney's that were either misled or just refused to help me expose this matter prematurely writing complaints to discipline board but found out the attorney complained about was on the discipline board my complaint never happened and Darleen weed withdrew. Then obtaining jay Nair the new guy i was his first case in federal court let the courts put me in prison for something i dint violate. but continuing this retaliation after finishing my probation at Florence federal prison and now through Barcelona suites and rental assistance processed by hope works I was being forced to live in room 136 and 186 me and my family had to live inn conditions that are cruel and unusual housing whenever Barcelona suites did not even have a new Mexico state license to operate much less accept rental assistance vouchers backdating my rental agreement to forcing me into a month to month rental when i was already long term resident status thus increasing my rental agreement and charging me for service animals and adding energy costs when that's not what my rental agreement states also towing my Buick lacrosse through Gregg's towing services stealing my car that i cannot get back after numerous attempts to get my car Gregg's towing refused to provide me receipt of person signing for the tow . I also exhibited my previous rental abuses and torture to anna Chavez and told her about my disabilities, and she employed me as a maintenance handyman helper in trade for rent but was never compensated for those services then using w-9 for my business

DAILEYS POOL SERVICES,LLC making me a vendor and still not paying me for all those services  forcing me into multiple metropolitan cases and me filed exhibits of fraud waste and abuse of the rent ledgers proving my case barcelona suiets Anna Chavez refused to show up for hearings  after i found that the Barcelona suites has not been in compliance with state or city of Albuquerque policies after seeing fire marshals , bcso, and apd  once a month hanging out i investigated myself and a nuisance abatement aggreemnt was inn force force non-compliance since 2021 . I found that since 2021 this hotel has not been inn compliance  even more so caused i lived inn roach infested rooms, water was cold showers, electrical problems and hazards  were my biological son does not want anything to do with me anymore when he was kidnapped on October 18/19 of 2024 after i dispatched 911 emergency services but was too discriminated against by police attacking my mental health  forcing me too let my biological son be released to people that are not his legal guardians  and threatened with cyfd or to put him in state custody with same law enforcemnt or political processes  that have previousely  prevented me justice by not enforcing the laws and crimes committed to me and my family previousely by sexual harassment  etc. etal but  I recorded the whole thing on october 18/19 2024 kidnapping  but police oversight made my complaint angelica Sanchez dismissed my complaint making it about another officer  . So, under duress and with previous encounters I didn't want no troubles and inn best interest so he wouldn't be taken into custody I forcefully let him go with girlfriend mother that lied to police after storming inn with 8 individuals from state of Texas and girlfriend's ex-husband after visiting hours.

Barcelona suites have employed Anna Chavez as a property manager, but she has or is affiliated to the courts clerks and judge Jason M Jaramillo and was allowed to litigate as an attorney not just processing or filed documents. Anna Chavez also stoled my united states postal service mail by theft report no.77577804 and police reports being reported but not investigated as well,as nm Osha, nmsp and apd including Bernalillo county clerks Monique and Venegas Vasquez inn this corruption by filing my appeals as new complaints preventing me a stay allowing defendants to steal a lot of property from me and my family refusing to give me a key stating i voluntary turned in my room key and after 911 call to apd told me its civil like they told me when anna Chavez had my car stolen by Gregg's towing/ midnight towing services and all three of my company veichels being damaged beyond repairs and having my brake lines Cutt after one of our cases hearing her while i was inn a court hearing with them reported not investigated . This mail was certified, and judge Jason m Jaramillo allowed this usps certified mail in judgement when there were no signatures on the return slip from usps or me commencing service. After telling judge Jason m Jaramillo i don't think I'm any better but why have you allowed anna Chavez this criminal inn areas of fraud and forgery to petition cases under (UORRA) SO MANY TIMES AFTER IVE FILED EXHIBITS OF FRAUD WASTE AND ABUSE. I ENED UP APPEALING AND ASKED FOR ORAAL ARGUMENTS AND WAS DENIED. THERE IS A CORRUPTION GOING ON AND BARCELONA SUIETS HAS TERRORIZED MY FAMILY AND TARGETED LOW INCOME FAMILES AND EXFELONS ALSO UPLOADING MANY CRIMINAL CASES TO EVIDENCE.COM CAUSING KAIOS TO THE CITY OF ALBUQUERQUE

~~AND STATE OF NM TAXPAYERS INN CREATION OF EVIDENCE THAT I~~
HAVE PROOF OF. THIS IS A CASE I CAN PROVE BEYOND A
REASONABLE DOUBT AFTER FILED COMPLAINTS, GRIEVANCES,
THAT WAS JUST USED AS INFORMATION. I LIKE MANY HAVE
SUFFERED A CAMPAIGHN OF RETALIATION AND HARRASSMENT
AND NEED A CHANCE TO PROVE AND EXHIBIT THIS CASE
WITHOUT FURTHER DISCRIMINATION MY LIFE AND MYLIBERTY
HAS BEEN REMOVED COMPROMISED MY IDENTITY BY THIS VERY
FASION IN PURSUIT OF JUSTICE ASGAINST RENTAL FRAUD ,
FORGERY, WASTE AND ABUSE OF NEW MEXICO TAX PAYERS AND
MY FAMILY . THIS SCHEME IS MUCH PART OF A GRANDER SCALE
AND THE AMERICAN PEOPLE DESERVE TO KNOW ABOUT THE
TORTURE THATS LED TO THIS HOTELS PARTICIPATION  EVEN
NEIGHBOR HOOD WATCH HAVING PART OWNERSHIP BY SHARE
AND USING SUROUNDING RESIDENTS CRIMINALS WITHINN OUR
OWN GOVERMENT CONSTANT SURVEILLEING INTENTIONALLY
DAMAGEING THEIR LICENSE PLATES TO HIDE DETECTION FROM
CITY AND CITIZENS DASH CAMS OR CITY CAMS BY ORGANIZED
CRIMINAL ACTIVITY JEOPARDIZEING THE VERY CORE OF THE LIFE
AND FREEDOMS OF BEING AN AMERICAN. THIS PSYCHOLOGICAL,
PAIN AND SUFFEERING IS JUST A SPECK OF STATE OF NEW
MEXICOS SELF DESTRUCTION BUT AS I INTRODUCE "DEVILS
WORKSHOP PART 2" i have evidence , emails ,videos and audio
recordings to exhibit the court also evidence of psychological
torture by interfeace with communications of the court

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0_____ .


I declare under penalty of perjury that this information is true.


Date: _____        _____
                                                         *Server's signature*


                                                  _____
                                                         *Printed name and title*


                                                  _____
                                                         *Server's address*

Additional information regarding attempted service, etc:


[ Print ]        [ Save As... ]                    [ Reset ]

## E. FACT'S OF CASE

3
STATEMENT OF CLAIM

Defendants Barcelona Suites operated and managed through sex offenders by criminal activity have used the State Of New Mexico rental assistance voucher system through hope works Andrew Rivas. During the process of my rental assistance application Andrew Rivas requested my rental agreement by email to anna Chavez property manager of Barcelona suites also forcing me to sign a backdated rental agreement to month to month in order to stay at Barcelona or faced eviction but pre-meditating eviction by discrimination after property manager Anna Marie Chavez lied to me to intentionally . Anna Chavez and tina Garza CEO of Barcelona also work for Bella asset management services owned by the same ownership David Lagatt and operating and maintain the loop apartments and uptown villa apartments. Barcelona suites assisted in the constant monitoring and surveillance of me and my family members in conspiracy with Department of Justice, Bernalillo County, neighborhood watch , organized crime commission, eeoc commissioner director April , Javier Garcia, City of Albuquerque, NMDVR Adam Cruz and the Department Of Justice after misleading and false information had been provided to terrorist screening center enlisting me and my family members by new Mexico attorney general's office after filed grievances against NMDVR, FAA, and Federal Probation even filing pro se motions myself to get harassment addressed due to misrepresentation and corruption's through this court and clerks department eventually my family and i were new additions to the government watchlist preventing me and

(

E .

family members life, liberty and freedom in a pattern of wanton and outrageous government misconduct going un reported by law enforcement after being sent to federal prison on a false urinalysis test that i was put in super max after going through a couple CJA attorney's that were either misled or just refused to help me expose this matter prematurely writing complaints to discipline board but found out the attorney complained about was on the discipline board my complaint never happened and Darleen weed withdrew. Then obtaining jay Nair the new guy i was his first case in federal court let the courts put me in prison for something i dint violate. but continuing this retaliation after finishing my probation at Florence federal prison and now through Barcelona suites and rental assistance processed by hope works I was being forced to live in room 136 and 186 me and my family had to live inn conditions that are cruel and unusual housing whenever Barcelona suites did not even have a new Mexico state license to operate much less accept rental assistance vouchers backdating my rental agreement to forcing me into a month to month rental when i was already long term resident status thus increasing my rental agreement and charging me for service animals and adding energy costs when that's not what my rental agreement states also towing my Buick lacrosse through Gregg's towing services stealing my car that i cannot get back after numerous attempts to get my car Gregg's towing refused to provide me receipt of person signing for the tow . I also exhibited my previous rental abuses and torture to anna Chavez and told her about my disabilities, and she employed me as a maintenance handyman helper in trade for rent but was never compensated for those services then using w-9 for my business

2

E -

~~DAILEYS POOL SERVICES,LLC making me a vendor and still not~~
paying me for all those services  forcing me into multiple
metropolitan cases and me filed exhibits of fraud waste and abuse
of the rent ledgers proving my case barcelona suiets Anna Chavez
refused to show up for hearings  after i found that the Barcelona
suites has not been in compliance with state or city of Albuquerque
policies after seeing fire marshals , bcso, and apd  once a month
hanging out i investigated myself and a nuisance abatement
aggreemnt was inn force force non-compliance since 2021 . I found
that since 2021 this hotel has not been inn compliance  even more
so caused i lived inn roach infested rooms, water was cold showers,
electrical problems and hazards  were my biological son does not
want anything to do with me anymore when he was kidnapped on
October 18/19 of 2024 after i dispatched 911 emergency services
but was too discriminated against by police attacking my mental
health  forcing me too let my biological son be released to people
that are not his legal guardians  and threatened with cyfd or to put
him in state custody with same law enforcemnt or political
processes  that have previousely  prevented me justice by not
enforcing the laws and crimes committed to me and my family
previousely by sexual harassment  etc. etal but  I recorded the whole
thing on october 18/19 2024 kidnapping  but police oversight made
my complaint angelica Sanchez dismissed my complaint making it
about another officer  . So, under duress and with previous
encounters I didn't want no troubles and inn best interest so he
wouldn't be taken into custody I forcefully let him go with girlfriend
mother that lied to police after storming inn with 8 individuals from
state of Texas and girlfriend's ex-husband after visiting hours.

3

E.

Barcelona suites have employed Anna Chavez as a property
manager, but she has or is affiliated to the courts clerks and judge
Jason M Jaramillo and was allowed to litigate as an attorney not just
processing or filed documents. Anna Chavez also stoled my united
states postal service mail by theft report no.77577804  and police
reports  being  reported but not investigated as well,as nm Osha,
nmsp and apd including Bernalillo county clerks Monique and
Venegas Vasquez inn this corruption by filing my appeals as new
complaints preventing me a stay allowing defendants to steal a lot
of property from me and my family refusing to give me a key stating i
voluntary turned in my room key and after 911 call to apd told me its
civil like they told me when anna Chavez had my car stolen by
Gregg's towing/ midnight towing services and all three of my
company veichels being damaged beyond repairs and having my
brake lines Cutt after one of our cases hearing her while i was inn a
court hearing with them reported not investigated . This mail was
certified, and judge Jason m Jaramillo allowed this usps certified
mail in judgement when there were no signatures on the return slip
from usps or me commencing service. After telling judge Jason m
Jaramillo i don't think I'm any better but why have you allowed anna
Chavez this criminal inn areas of fraud and forgery to petition cases
under (UORRA) SO MANY TIMES AFTER IVE FILED EXHIBITS OF
FRAUD WASTE AND ABUSE. I ENED UP APPEALING AND ASKED
FOR ORAAL ARGUMENTS AND WAS DENIED. THERE IS A
CORRUPTION GOING ON AND BARCELONA SUIETS HAS
TERRORIZED MY FAMILY AND TARGETED LOW INCOME FAMILES
AND EXFELONS ALSO UPLOADING MANY CRIMINAL CASES TO
EVIDENCE.COM CAUSING KAIOS TO THE CITY OF ALBUQUERQUE

4,

Ē .

AND STATE OF NM TAXPAYERS INN CREATION OF EVIDENCE THAT I
HAVE PROOF OF. THIS IS A CASE I CAN PROVE BEYOND A
REASONABLE DOUBT AFTER FILED COMPLAINTS, GRIEVANCES,
THAT WAS JUST USED AS INFORMATION. I LIKE MANY HAVE
SUFFERED A CAMPAIGHN OF RETALIATION AND HARRASSMENT
AND NEED A CHANCE TO PROVE AND EXHIBIT THIS CASE
WITHOUT FURTHER DISCRIMINATION MY LIFE AND MYLIBERTY
HAS BEEN REMOVED COMPROMISED MY IDENTITY BY THIS VERY
FASION IN PURSUIT OF JUSTICE ASGAINST RENTAL FRAUD ,
FORGERY, WASTE AND ABUSE OF NEW MEXICO TAX PAYERS AND
MY FAMILY . THIS SCHEME IS MUCH PART OF A GRANDER SCALE
AND THE AMERICAN PEOPLE DESERVE TO KNOW ABOUT THE
TORTURE THATS LED TO THIS HOTELS PARTICIPATION  EVEN
NEIGHBOR HOOD WATCH HAVING PART OWNERSHIP BY SHARE
AND USING SUROUNDING RESIDENTS CRIMINALS WITHINN OUR
OWN GOVERMENT CONSTANT SURVEILLEING INTENTIONALLY
DAMAGEING THEIR LICENSE PLATES TO HIDE DETECTION FROM
CITY AND CITIZENS DASH CAMS OR CITY CAMS BY ORGANIZED
CRIMINAL ACTIVITY JEOPARDIZEING THE VERY CORE OF THE LIFE
AND FREEDOMS OF BEING AN AMERICAN. THIS PSYCHOLOGICAL,
PAIN AND SUFFEERING IS JUST A SPECK OF STATE OF NEW
MEXICOS SELF DESTRUCTION BUT AS I INTRODUCE "DEVILS
WORKSHOP PART 2" i have evidence , emails ,videos and audio
recordings to exhibit the court also evidence of psychological
torture by interfeace with communications of the court

5

K-11

 Gmail          DAILEY'S POOL SERVICES, LLC <daileyspoolservices@gmail.com>

---

## fileing documents, Case Number 16-cr-04743 JCH

**DAILEY'S POOL SERVICES, LLC** <daileyspoolservices@gmail.com>          Tue, Feb 14, 2023 at 2:06 PM
To: L. Weed <weedlawfirmllc@hotmail.com>, <gloria_dixson@scch.com>, Charles Fisher
<cfisher@3lionslawyer.com>, Nick <SedilloCounseling@gmail.com>

I AM REQUESTING THAT YOU DO NOT FILE ANYTHING IN THIS CASE WITHOUT IT COMING BY ME
FIRST. IVE TOLD YOU MANY TIMES SENT VIA TEXT OF THE SERIOUSNESS OF WHAT IS NOW AND
HAS BEEN GOING ONN FOR THE PAST SIX MONTHS TO ME AND MY FAMILY. THIS HAS MESSED UP
MY LIFE IVE REQUESTED OVER AND OVER FOR YOU TO HIRE A PRIVATE INVESTAGATOR TO PROVE
THE ALLEGATIONS OF HARRASSMENT BY THE FEDERAL PROBATION DEPARTMENT AND TO OPEN
AN INVESTEGATION FOR psychological ABUSE , FORCING ME OFF PRESCRIPTIONS,
FALSAFING FEDERAL DOCUMENTS, LEAKING confidential information THAT WAS SEALED, AND
JEPERDIZEING MY LIFE AND MY ENTIRE FAMILY. I DONT UNDERSTAND WHY??? WHY DID WE SHOW
UP TO COURT ON A PROBATION VIOLATION HEARING NOT ONLY ONCE BUT TWICE FOR
POSTIVE DRUG TESTS AFTER MY FILEING OF THE MOTION TO TERMINATE PROBATION. I SENT YOU
THE VIDEO OF MY PROBATION OFFICER IN MY TRAILER ON SEPTEMBER 16 OR ABOUT 2022 AND
ME AN SHANDY WERE SAT ON EACH SIDE OF OUR HOME WHILE A SEARCH WAS CONDUCTED BY
KERRY F, HUIS BOSS AND A FEMALE PROBATION OFFICER. IN THE VIDEO THEY ALL WERE TALKING
ABOUT A DIRTY UA AT THAT TIME AS WELL, SO WHERE WAS THE HEARING FOR THAT POSTIVE UA ,
, I GOT OFF MY PRESCRIPTION AS OIRDERED BY MY PO CAUSE I DINT WANT ANY PROBLEMS AFTER
HER TOLD ME MY LIVING arrangements WITH SHANDI AND MY DRIVERLINCESWE WOULD BE
REVOKED. BUT SINCE I REFUSED TO RELEASE MY ENTIRE PSYCH FILES FROM EVERYWHERE IVE
EVER BEEN AND TO BE FORCED TO GO TO PSCH AND MEDICAL PLACES THAT ARE VENDORS OF
FEDERAL PROBATION IVE HAD PROBLEM. I EVEN SENT YOU AUDIO recordings OF THIS ASWELL.
THE SHERFFS department wont even  make a case number withopu trying to plaY MY MENTAL
HEALTH AGAINST ME ???? WHY ??? IVE BEEN PUT ON A government WATCH LIST FOR BEING A
TERRIOST AND NOW HAVE ALL KINDS OF PEOPLE FOLLOWING MEAND I HAVE PLATE NUMBERS
ASWELL AS VIDEO SURVAILENT .YOU TOLD ME SPEFICIFALLY THST WE WERE GOING TO A STATUS
HEARING ON MY MOTION whenever WE FIRST STARTED TALKING THEN YOU TELL ME THERE IS NO
STATUS HEARING THAT YOU HSVE TO RE DO MY MOOTION I FILED . WHY? ALL MY ALLEGATIONS
ARE PROVABLE AND IVE GIVEN YOU ALL THE EV IDENCE NESSARY TO PURT THIS ALL TO an END, I
TOLD YOU THE SERIOUSNESS OF THIS CASE whenever WE FIRST MET AND I TOLD YOU IM SORRY
FOR GETTING YOU INVOLVE3D BUT I NEED AN ATTOURNY THAT IS GOING TO FIGHT FOR ME AND
NOT BE LED BY THE PROSSUSCTION. YOU DONT ANSER MY TEXT MESSAGES ONLY whenever YOU
WANT ME TO SHOW TO COURT AND ME AND MY FAMILY HAVE BEEN GOING THROUGH HELLL. IF
YOU OR YOUR FAMILY WASA GOING THROUGH THIS YOU WOULD FIGHT .I THINNK IM DOING
PRETTY DAMM GOD CONSIDERING THE circumstances AND AM STABLE ON MY MEDICATRIONS. IF
ANY ONE HAS TO QUESTION THAT THEY CAN TALK TO NICK OR MY PSCH DOCTOR . KEARY ALREDY
MADE ME GO SOME RAXCHEL NAGY AND FORCED ME TO DO. AN ASSEMENT THAT I REFUSED TO
GO TO UNTILL THIS GOT SITUATED BUT NO SHE DID THE evaluation WITH OUT ME EVEN BEING
PRESENT AND LIED . ONLY7 FOR THE BENNAFIT OF PROBATION AND WITH NO RELEASE OF
INFORMATION SIGNED AND IF THERE IS ITS FRAUD .SO I DONT WANT YOU TALKING TO anybody
FROM PROBARTION OR THE PROSSASUTION WITH OUT ME PRESENT AND I WANT THESE ISSUES
INVESTAGAted and all the recoerding and videoios sent to the court especially the most recent at
counsleing world forcing me to go to the9ir providers when and if i needed counsleing or anything it
has to go through my psych gloria dixon.i still will go do what i have to do forcefully but i will sue
everyone for this. they have messed up my life. i cant even recoord all the houses around me because
there using some kind of electrical device to jamm my recording . there messing with all my wifi
,phones , electronic devices, tapping etal. i firmaly belive, probation has something to do with the
watchlist for tewrriost list , my neighbors having people inn their houses watching me .. come on ms
weed no one couyld make all this shit up i need for you to prosuqute all these people to the fulliest and
the probation depoartmewnrt YPOU CANT DO THIS TO PEOPLE IM A GOOD PERSON ATLEAST I DID
ONE GOOD THING OF MANY FOR THE GOVEMENT AND THAT WAS GETTING THE DNA EVIDDENCE

K-13

 Gmail                DAILEY'S POOL SERVICES, LLC <daileyspoolservices@gmail.com>

## (no subject)

**DAILEY'S POOL SERVICES, LLC** <daileyspoolservices@gmail.com>        Thu, Feb 9, 2023 at 2:43 PM
To: <craigturpin@weedlawfirmllc.com>, <weedlawfirmllc@hotmail.com>

Counseling World.m4a

K-14

 Gmail                    **DAILEY'S POOL SERVICES, LLC <daileyspoolservices@gmail.com>**

## Counseling world signed only release of information to talk to u and gloria here is all the forms I signed and revoked

**DAILEY'S POOL SERVICES, LLC <daileyspoolservices@gmail.com>**          Fri, Feb 10, 2023 at 9:49 AM
To: L. Weed <weedlawfirmllc@hotmail.com>



[Quoted text hidden]

*K-15*

 **Gmail**                **DAILEY'S POOL SERVICES, LLC <daileyspoolservices@gmail.com>**

## Counseling world signed only release of information to talk to u and gloria here is all the forms I signed and revoked

**DAILEY'S POOL SERVICES, LLC** <daileyspoolservices@gmail.com>      Fri, Feb 10, 2023 at 9:49 AM
To: L. Weed <weedlawfirmllc@hotmail.com>



[Quoted text hidden]

K-46

 Gmail                    DAILEY'S POOL SERVICES, LLC <daileyspoolservices@gmail.com>

---

## Re: Counselor world Director 911 must Listen

---

**DAILEY'S POOL SERVICES, LLC** <daileyspoolservices@gmail.com>          Fri, Feb 10, 2023 at 9:43 AM
To: <weedlawfirmllc@hotmail.com>



The one for you mrs weed he kept and didn't give me a copy back

On Fri, Feb 10, 2023 at 9:39 AM DAILEY'S POOL SERVICES, LLC <daileyspoolservices@gmail.com> wrote:
> I've only signed 2 releases and that was these two for my physscitrist gloria DIXSON and my
> counselor Nick Sedillo.
[Quoted text hidden]

K-18

 Gmail                    DAILEY'S POOL SERVICES, LLC <daileyspoolservices@gmail.com>

---

## Re: Counselor world Director 911 must Listen

**DAILEY'S POOL SERVICES, LLC** <daileyspoolservices@gmail.com>          Fri, Feb 10, 2023 at 9:43 AM
To: <weedlawfirmllc@hotmail.com>



The one for you mrs weed he kept and didn't give me a copy back

On Fri, Feb 10, 2023 at 9:39 AM DAILEY'S POOL SERVICES, LLC <daileyspoolservices@gmail.com>
wrote:
> I've only signed 2 releases and that was these two for my physscitrist gloria DIXSON and my
> counselor Nick Sedillo.
[Quoted text hidden]

 Gmail                     **DAILEY'S POOL SERVICES, LLC <daileyspoolservices@gmail.com>**

---

**(no subject)**

---

**DAILEY'S POOL SERVICES, LLC** <daileyspoolservices@gmail.com>          Thu, Feb 9, 2023 at 2:43 PM
To: <craigturpin@weedlawfirmllc.com>, <weedlawfirmllc@hotmail.com>

Counseling World.m4a

 Gmail

**DAILEY'S POOL SERVICES, LLC <daileyspoolservices@gmail.com>**

---

### Re: Counselor world Director 911 must Listen

---

**DAILEY'S POOL SERVICES, LLC** <daileyspoolservices@gmail.com>        Fri, Feb 10, 2023 at 9:43 AM
To: <weedlawfirmllc@hotmail.com>



The one for you mrs weed he kept and didn't give me a copy back

On Fri, Feb 10, 2023 at 9:39 AM DAILEY'S POOL SERVICES, LLC <daileyspoolservices@gmail.com>
wrote:
> I've only signed 2 releases and that was these two for my physscitrist gloria DIXSON and my
> counselor Nick Sedillo.
[Quoted text hidden]

 Gmail    **DAILEY'S POOL SERVICES, LLC <daileyspoolservices@gmail.com>**

---

**Counseling world signed only release of information to talk to u and gloria here is all the forms I signed and revoked**

---

**DAILEY'S POOL SERVICES, LLC <daileyspoolservices@gmail.com>**    Fri, Feb 10, 2023 at 9:49 AM
To: L. Weed <weedlawfirmllc@hotmail.com>







[Quoted text hidden]

K 19-19-1

M Gmail                     DAILEY'S POOL SERVICES, LLC <daileyspoolservices@gmail.com>

**Counseling world signed only release of information to talk to u and gloria here is all the forms I signed and revoked**

**DAILEY'S POOL SERVICES, LLC** <daileyspoolservices@gmail.com>          Fri, Feb 10, 2023 at 9:49 AM
To: L. Weed <weedlawfirmllc@hotmail.com>

[Quoted text hidden]

Exhibit M

Print Report ~ NmAlbuquerqueNewPd                                                               5/31/23, 11:47 AM



**This Incident has been reported to the
Albuquerque Police Department
and is pending approval**

Albuquerque Police Department
400 Roma NW
Albuquerque, NM 87102
505-768-2' .0

## General Information
Incident Type                     Identity Theft
Tracking Number                   T23008351
Report Date                       05/31/2023 11:46 AM

## Reporting Person Information
Name                              DAILEY, mi hael ANTHONY
Home Address                      2164 DON ANDRES RD Road Southwest, Albuquerque, NM 87105, US
Mobile Phone                      505-300-9397
Email                             daileyspoolservices@gmail.com
Employer Name                     SELF
Race                              Unknown
Ethnicity                         Unknown
Sex                               Male
DOB                               03/24/1980
Driver License No                 119776830
Licensing State                   NM

## Incident Information
Incident Location                 2164 don andres Road Southwest, ALBUQUERQUE, NM
Incident Time (start)             05/31/2023 11:30 AM
Incident Time (end)               05/31/2023 11:30 AM
Location Type                     Other/Unknown

## Narrative

                                  my land lord lives next door he has cuttt off the water supply to or air conditioner, and has been
                                  harassing my family by shooting our animals with a bb. gun . he was preventing us from calling the
                                  sheriffs department and is doing Internet crimes with our Pnm bill gas bill and is using our electricity to
                                  water his marjulanna plantation in his back yard with a huge pump in the storage room. he also has
                                  been flying drones over our house at night and shooting lasers into our home causing my children to be
Incident Description              scared at night . I have videos and evidence ill submit to the court if I can due to my signal and internet
                                  interruption its hard cause I couldn't even call the police last night till after numerous attempts of finally
                                  getting through then when even the cops did come they tried to say and make it about a safety issue
                                  when I never claimed my safety or my kids safety was an issue cause that's not the case can you
                                  please in vest agate Michael jones my landlord for Internet crimes before and after I submit evidence he
                                  is jamming our signal also urinateing waving his gentileas at me in his back yard

[ Print This Report ]

K 10

 Gmail                 DAILEY'S POOL SERVICES, LLC <daileyspoolservices@gmail.com>

## Re: Notice of intent to file a civil suit dated May 2,23

**Roger Aguiar** <roger@counselingworld.com>                    Wed, May 31, 2023 at 12:35 PM
To: DAILEY'S POOL SERVICES, LLC <daileyspoolservices@gmail.com>

It seems you are including Counseling World in this ?

> On May 31, 2023, at 9:45 AM, DAILEY'S POOL SERVICES, LLC
> <daileyspoolservices@gmail.com> wrote:
>
> This is a notice of intent to file suit
> 1. Psychological abuse
> 2. Tampering with drug screening
> 3. Coehersion with federal agencies in abuse
> 4. Tampering with evidence
>
>
>
> Michael Dailey
> 505-300-9397
> 2164 don Andres rd Sw
> Albuquerque,nm87105
> --
> Mike Dailey

[Quoted text hidden]



FILED
2ND JUDICIAL DISTRICT COURT
Bernalillo County
4/16/2024 10:03 AM
KATINA WATSON
CLERK OF THE COURT
Valerie Begay

**STATE OF NEW MEXICO**
**BERNALILLO COUNTY**
**SECOND JUDICIAL DISTRICT COURT**

**MATTHEW LYN COLBERT,**
    **Petitioner(s)**

**D-202-DM-2023-02517**

**IN THE MATTER OF THE KINSHIP GUARDIANSHIP OF**
**E.A.C. AND X.R.S., (a) Child(ren) (*use initials only*), and concerning**

**JOHN DOE AND MICHAEL D DAILEY,**
    **Respondent(s).**

### ORDER REVOKING KINSHIP GUARDIANSHIP

THIS MATTER having come before the court on April 12, 2024 for a Hearing on the merits, and the Petitioner failed to appear and the court being sufficiently advised, **FINDS:**

1.   The court has jurisdiction under the Kinship Guardianship Act, Sections 40-10B-1 to -15 NMSA 1978.

2.   The name, year child was born, and age of the minor child(ren) are as

| Child's name | Birth year | Age |
|---|---|---|
| Elijah Angel Colbert | 2008 | 16 years |
| Xavier Ray Sena | 2011 | 13 years. |

3.   Kinship guardian(s), Matthew Lyn Colbert, were appointed by this court on January 16, 2024.

4.   The guardianship should be revoked for the following reasons:  The Court cannot proceed without the Petitioner.

**WHEREFORE IT IS ORDERED:**

1.   The Order Appointing Kinship Guardianship of Elijah Angel Colbert and Xavier Ray Sena is hereby revoked.

2.   The parental rights of John Doe and Michael D Dailey are hereby restored.

3.   Other: Petitioner did not appear for the two separate hearing set on this matter.

[ X ]       This case is dismissed without prejudice.

Amber Chavez Baker
District Court Judge
CLS April 12, 2024

Copies e-filed or mailed to all counsel and parties pro se on the date of filing.

4A - 501  - 4A - 513

40 - 10B - 15  NMSA 1978

"Chapter 40, Article 10B NMSA 1978"

NM STAT § 40 - 10B - 1 (2024)

| # | |
|---|---|
| 1 | Guardianship of a Minor |

| PARTY NAME | PARTY TYPE | PARTY # |
|---|---|---|
| DAILEY MICHAEL D | RS | 2 |
| DOE JOHN | RS | 1 |
| COLBERT MATTHEW LYN | PT | 1 |

| REGISTER OF ACTIONS ACTIVITY | | | | | |
|---|---|---|---|---|---|
| EVENT DATE | EVENT DESCRIPTION | EVENT RESULT | PARTY TYPE | PARTY # | AMOUNT |
| 04/16/2024 | CLS: FINAL DECREE/ORDER/JUDGMENT | | | | |
| | ORDER REVOKING KINSHIP GUARDIANSHIP | | | | |
| 01/16/2024 | ORD: TEMPORARY GUARDIAN/CONSERVATOR/KINSHIP | | | | |
| | EX-PARTE ORDER APPOINTING TEMPORARY KINSHIP GUARDIAN; [IN-PERSON] 04/12/2024 @ 1:30 PM | | | | |
| 01/12/2024 | AUDIO LOG NOTES | | | | |
| | CR 242 ***CASE NOT CALLED ON THE RECORD*** | | | | |
| 09/29/2023 | RETURNED MAIL | | PT | 1 | |
| 09/19/2023 | ORD: ORDER | | | | |
| | EX PARTE ORDER APPOINTING TEMPORARY KINSHIP GUARDIAN AND NOTICE OF HEARING ; HRG @1/12/24 @ 1:30PM | | | | |
| 09/18/2023 | | | | | |
| 09/18/2023 | MTN: MOTION | | PT | 1 | |
| | EX PARTE MTN TO APPT TEMP KSG | | | | |
| 09/18/2023 | DEFICIENCY NOTICE | | | | |
| 09/18/2023 | OPN: PETITION | | | | |

| JUDGE ASSIGNMENT HISTORY | | | |
|---|---|---|---|
| ASSIGNMENT DATE | JUDGE NAME | SEQUENCE # | ASSIGNMENT EVENT DESCRIPTION |
| 09/18/2023 | Baker, Amber Chavez | 1 | INITIAL ASSIGNMENT |

Apr 24, 2023 at 8:52 AM

Mr. Nair you never responded back to me. I have t
the probation today will you come with me ?

May 1, 2023 at 8:03 PM

We need to speak ASAP. I'll be at your office in the
morning. I'm not gonna bug you right now with bullsl
but we need to talk. You have a good night sir Probatio
is has harassing me and my family at my house.

I'll call u tomorrow I'm really pissed offf right now and I
don't want to take it out on you or on your free time.
I'm sorry I called this number by accident. I will delete
this number. I forgot to delete it last last time I'll call the
office in the morning. I'm getting harassed by Probation
again and I don't want to say the wrong thing to you and
piss you off if you're gonna be the person helping me.

May 4, 2023 at 1:10 PM

What is your email?

May 26, 2023 at 7:04 PM





 **Gmail**                    DAILEY'S POOL SERVICES, LLC <daileyspoolservices@gmail.com>

---

### Reschedule appointment

---

**DAILEY'S POOL SERVICES, LLC** <daileyspoolservices@gmail.com>          Tue, May 30, 2023 at 11:37 AM
To: <roger@counselingworld.com>

Hey Roger, this is Michael Dailey. I've been having problems last night with my landlord shooting my dogs with a BB gun flapping his dick out at my girlfriend and now he's serving us with evictions notices and all kinds of shit so I need you to reschedule our appointment.--
Mike Dailey



 **Gmail**    **DAILEY'S POOL SERVICES, LLC <daileyspoolservices@gmail.com>**

---

## Re: [External Sender] What do u do whenever

Bianca Garcia <bianca.garcia@aps.edu> ·                                    Thu, Apr 25, 2024 at 6:15 PM
To: DAILEY'S POOL SERVICES, LLC <daileyspoolservices@gmail.com>

Did they get back to you at all????

On Thu, Apr 25, 2024 at 6:11 PM DAILEY'S POOL SERVICES, LLC <daileyspoolservices@gmail.com>
wrote:



Koat7 news, You contact fbi, homeland security , Bernalillo county sheriffs department,, governor
office , FAA , every fbi agent I've worked with. I'm one of the guys that put away the mom and dad
responsible for murdering 16 year old Victoria Martins read the papers. I'm responsible for hundreds
of Rico cases. I was forced to stop care from my personal doctors and forced to use venders for
mental health care or I would be locked up. My personal doctors called probation and told them if
there is any diagnosing or reconditions she would be the one not them. I went to counselor world
because I was forced and threatened with my freedom. I'm scared of them all any time I call or try to
report I get prevented or it gets diverted. My pro-se motion I filed cause no one would represent me
against the government so I did it myself and since I made complaints there is people in every area
of our lives taunting or threatening or misdirected information is being used like I'm a terrorist. Then
we're evicted NO FAMILY DESERVES TO GO WHAT WE WENT THROUGH. AND ALL ANYBODY IN
OUR GOVERNMENT SAYS ITS OUT OF OUR HANDS. BUT THEY ALL SIGNED OFF ON IT INTERPOOL,
fbi , CIA , dojo. The worst thing about it is there is no way to challenge being targeted as a terrorist
and put on a government watchlist. I helped the government and gave them over and beyond
assistance inn so many ways was awarded with a 5k letter from Prosecutors so I can be a father to
my only son xaiver. For them all to sign off and do the worst thing possible to a human being a
family a happy family is A WASTE OF TAX PAYERS MONEY. I DONT KNOW AMD DONT CARE WHAT
ANYONE THINKS OF ME BUT BEFORE THEY GET MISLED ABOUT ME AND SHANDI. WE ARE
DEFENSIVE FOR A REASON. CALL 911 and nobody comes to help u. Get sent back to prison for
something u didn't do and fired your attorney in the court room telling them u want the evidence
tested that I'm being set up. All denied just sat there and my son watched me go back to a place I
never thought I'd go back to. Florence Federal Prison Supermax. I was litterly two buildings away
from el Chapo a real terrorist that's crushed our streets inn America and deserves everything he has
coming. With prayer and from my SOUL we always pray at dinner time and GOD STILL HAS ME OUT
HERE, I treat everyone how I want to be treated with love , respect, kindness and all I wish for is
PEACE. Or go for a drive inn normal traffic not being violated by air and ground. I put it out there so
at lest someone at APS KNOWS WHAT IS TEALLY GOING ONN. I WISH THE CYFD COMPLAINTS
WOULD STOP. WE DONT ABUSE OUR CHILDREN ,or Neglect them , good night sorry to unload.
good night

Mike Dailey
[Quoted text hidden]

Exhibit M-2

AND GUARDS CAME FROM DOWN STAIRS AND ILLEGALLY ARRESTED ME WITHOUT WARRANT PULLED ME INTO COURT ON A REVOCATION HEARING AND  lied in court and set me up on a probation violation charge of dirty UA and I was not only clean but clean for the last five years on probation. I told the judge im fireing my attourney they told me too be quiet and sent me too florence supermax. NOW AND SINCE THE FILED COMPLAINTS AT NEW MEXICO ATTOURNEY GENERALS OFFICE , MY MOTIONS INN FEDERAL COURT, FEDERAL IC3 COMPLAINTS, APD COMPLAINTS, AND ME MY GIRLFIEND SHANDI COLLINS, AND HER DAD SHANDI COLLINS ARE PLACED ON A GOVERMENT WATCHLIST PREVENTING US FROM FINDING A PLACE TOO LIVE AND HAVING EVERY GOVERMENT AGENCY MESSING WITH ME WHAT WOULD YOU DO ANNA ??????BE REAL

*Michael Dailey*
*Cell 505-507-6531*

On Tue, Jul 9, 2024 at 7:46 AM Annamarie Chavez <sales.abqhotels@gmail.com> wrote:

Hey Michael,

What ever happened to letting me know how much you would charge per month to do our pool and I need an invoice for the windows you did so I can credit your account as it is due. Also, lets talk about a maintenance position if you are interested.

Anna

On Mon, Jul 8, 2024 at 11:07 PM DAILEY'S POOL SERVICES, LLC <daileyspoolservices@gmail.com> wrote:

Thank you!
*Michael Dailey*
*Cell 505-507-6531*

On Mon, Jul 8, 2024 at 1:59 PM Annamarie Chavez <sales.abqhotels@gmail.com> wrote:

Invoice has been paid.

image.png

Exhibit M – 1of2

 Gmail                    DAILEY'S POOL SERVICES, LLC <daileyspoolservices@gmail.com>

**Re: Invoice not paid sent on May 3rd, 2024 , also attached estimate / contract signed on April 27, 2024 by Anna M. Chavez**

Annamarie Chavez <sales.abqhotels@gmail.com>                    Thu, Jul 11, 2024 at 11:27 AM
To: DAILEY'S POOL SERVICES, LLC <daileyspoolservices@gmail.com>

So the check will be coming here to the property as this is the address you have listed on your W 9. so it was processed last week and it is coming from Texas. Yes, the only reason I need an invoice is to account for my posting credit on your account. I need the documentation for my records. It doesn't even have to be an actual invoice, just something indicating the window repair on which room on which date it was completed.

I am not really hip to legal issues except as I am learning with rental problems, but I am a good listener and I pray for wisdom from The Most High. Otherwise, I would like to walk two rooms with you and see if you're interested in trying out for maintenance.

Let me know what you think.


Anna

On Wed, Jul 10, 2024 at 12:18 PM DAILEY'S POOL SERVICES, LLC <daileyspoolservices@gmail.com> wrote:
Good Morning Anna,

I will be sending you an estimate later this afternoon for the two pools and spa services. Also for the other windows by the pool area that's for room credit correct? I shouldn't have to invoice for room credit because it's part of my personal expense and has nothing to do with my business. I am struggling right now financially due to a complaint I filed against the New Mexico Department Of Vocational Rehabilitation and I don't want any trouble from the Government. Before this complaint I filed in 2022 I was getting some training on quickbooks , skynova, but it was minimal then my case at NMDVR got closed.
While I was going to school at NMDVR i was on Federal Probation and after filing the complaint my family and I have been harrassed to extremes by air and ground possibly sicking military action and even forceing me to drop my medical and mental health providers to only use mental health vendors of federal probation to write fictitious assessments and reports. I'm sorry for the delay. As for the Maintenance Position I would love too, let's talk about it in person cause I'm having problems with Social Security, my ticket to work program, and my disability monthly payments. You know what can i talk to you about this maybe you can help me Anna I just don't know who to trust. Federal court Refuses to give me a certified copy of my docketing statement on my criminal case preventing me from redress on appeal. Most importantly I am a good person but have been under attack from multiple government agencies. I tell you this cause i don't know what to do anymore. If I go back to work regularly they will make me a criminal charge.
After filing the complaint against NMDVR THAT'S WHEN:  probation , the attorney general's office, social security,dvr, banks, ETC.. STARTED HARASSING ME TRYING TO DRIVE ME MENTALLY CRAZY and thats when i finally went and filed a motion inn my criminal case in federal court soley cause NO GOVERNMENT AGENCY WOULD HELP ME OR ATTORNEYS IN TOWN. THE MOTION I FILED PRO-SE WAS ON MAY 23, 2022 CASE NO 1;16-CR-04743 JCH. THE CLERKS NEVER PUT IT ON THE DOCKET AND SENT IT TO SANTA FE. THEN  MY FEDERAL  Probation CALLED ME TO CHECK INN TO THE PO OFFICE

 Gmail

DAILEY'S POOL SERVICES, LLC <daileyspoolservices@gmail.com>

# Business ID 6407515, CRS 05-551397-00-7,Dailey's Pool Services LLC SIGN INN DAILY505

2 messages

---

**DAILEY'S POOL SERVICES, LLC** <daileyspoolservices@gmail.com>                Thu, Jul 4, 2024 at 12:30 PM
To: Business.Services@sos.nm.gov, mdailey931@gmail.com

My name is Michael Dailey I've been looking for a form to update my business address. The account I used previously for your website is no longer letting me sign innn any longer.  I also need copy's of  my account with u all. I need to set up another bank account cause my old one had been closed.  I was incarcerated but now am released and pulling everything back together and have hired a tax person to help me.  Sorry due to incarceration I've had a lot of unnecessary problems.  Can u please call me so I can be on the right tract with u all.   Good day Michael. Dailey 505-507-6531

Mike Dailey

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>                Thu, Jul 4, 2024 at 12:30 PM
To: daileyspoolservices@gmail.com



## Address not found

Your message wasn't delivered to **mdailey931@gmail.com** because the address couldn't be found, or is unable to receive mail.

**LEARN MORE**

The response was:

```
550 5.1.1 The email account that you tried to reach does not exist. Please try
double-checking the recipient's email address for typos or unnecessary spaces. For
more information, go to https://support.google.com/mail/?p=NoSuchUser 71dfb90a1353d-
4f2f10302b3sor514019e0c.9 - gsmtp
```

Final-Recipient: rfc822; mdailey931@gmail.com
Action: failed
Status: 5.1.1
Diagnostic-Code: smtp; 550-5.1.1 The email account that you tried to reach does not exist. Please try
550-5.1.1 double-checking the recipient's email address for typos or

for your website is no longer letting me sign innn any longer.  I also need copy's of  my account with u all. I need to set up another bank account cause my old one had been closed.  I was incarcerated but now am released and pulling everything back together and have hired a tax person to help me.  Sorry due to incarceration I've had a lot of unnecessary problems.  Can u please call me so I can be on the right tract with u all.   Good day Michael. Dailey 505-507-6531

Mike Dailey

 **NM Re-entry Center**  Home   FSRA   Document Services   RISE   ICM   N

CHOOSE TIME ——————————— YOUR INFO



# Booking confirmed

You're booked with Fred Hernandez.

An invitation has been emailed to you.

## September 17, 2024
## 1:00 PM

> Create your own meeting booking page

Gmail - We Have Received Your Message    9/30/24, 2:50 PM

 Gmail

DAILEY'S POOL SERVICES, LLC <daileyspoolservices@gmail.com>

## We Have Received Your Message

5 messages

**The White House** <noreply@contact.whitehouse.gov>    Wed, Sep 25, 2024 at 5:13 AM
To: daileyspoolservices@gmail.com



**THE WHITE HOUSE**
WASHINGTON

September 25, 2024

Thank you for contacting the Biden-Harris Administration.

President Biden and Vice President Harris value every opportunity to engage with the American people, and the Administration is grateful for your outreach. Our country faces many challenges, and messages like yours help us better understand how the Biden-Harris Administration can serve American families.

We take careful note of the suggestions, thoughts, questions, and stories we receive, and we're working hard to ensure you receive an appropriate response.

Sincerely,

The Office of Vice Presidential Correspondence

*If you wish to receive regular email updates from the White House, please click here. You may also follow Vice President Harris and the White House on Facebook, Instagram, Twitter.*

**DAILEY'S POOL SERVICES, LLC** <daileyspoolservices@gmail.com>    Mon, Sep 30, 2024 at 2:36 PM
To: Lifeclaimsubmit@metlife.com

this is to be submitted to the owner of metlife insurance company

*Michael Dailey*
*Cell 505-507-6531*

[Quoted text hidden]

♫ **METLIFE INSURANCE COMPANY.m4a**
19451K

 Gmail    DAILEY'S POOL SERVICES, LLC <daileyspoolservices@gmail.com>

---

## Micheal Dailey Rental

---

**Andrew Rivas <andrew.rivas@helpnm.com>**                     Tue, Dec 3, 2024 at 4:44 PM
To: "sales.abqhotels@gmail.com" <sales.abqhotels@gmail.com>
Cc: "daileyspoolservices@gmail.com" <daileyspoolservices@gmail.com>

Good afternoon Anna,

This is Andrew Rivas with Help, New Mexico. Michael daily is in the process of applying for rental assistance. He has an appointment scheduled with me on Thursday at 1:30. I'm at that time. I will contact you via email for a signature on a vendor voucher saying that you'll accept our payment we are planning to process and assist him with up to $2000. Please consider this email not a guarantee Pre-preemptive explanation of him seeking assistance to resolve his delinquency on rent

Best,

Image    Andrew Rivas

*Community Support Advocate*
Office of Economic Empowerment
Bernalillo County
5101 Copper Ave NE,
Albuquerque, New Mexico 87108

www.HELPNM.com    Phone: **505-357-3419**
Facebook    Email: **andrew.rivas@helpnm.com**

Form **W-9**
(Rev. March 2024)
Department of the Treasury
Internal Revenue Service

**Request for Taxpayer
Identification Number and Certification**

Go to *www.irs.gov/FormW9* for instructions and the latest information.

Give form to the
requester. Do not
send to the IRS.

Before you begin. For guidance related to the purpose of Form W-9, see *Purpose of Form*, below.

**1** Name of entity/individual. An entry is required. (For a sole proprietor or disregarded entity, enter the owner's name on line 1, and enter the business/disregarded entity's name on line 2.)

*Michael Dailey*

**2** Business name/disregarded entity name, if different from above.

*Dailey's Pool Services LLC*

**3a** Check the appropriate box for federal tax classification of the entity/individual whose name is entered on line 1. Check only **one** of the following seven boxes.

[✓] Individual/sole proprietor  [ ] C corporation  [ ] S corporation  [ ] Partnership  [ ] Trust/estate

[ ] LLC. Enter the tax classification (C = C corporation, S = S corporation, P = Partnership) ____

**Note:** Check the "LLC" box above and, in the entry space, enter the appropriate code (C, S, or P) for the tax classification of the LLC, unless it is a disregarded entity. A disregarded entity should instead check the appropriate box for the tax classification of its owner.

[ ] Other (see instructions) ____

**4** Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):

Exempt payee code (if any) ____

Exemption from Foreign Account Tax Compliance Act (FATCA) reporting code (if any) ____

*(Applies to accounts maintained outside the United States.)*

**3b** If on line 3a you checked "Partnership" or "Trust/estate," or checked "LLC" and entered "P" as its tax classification, and you are providing this form to a partnership, trust, or estate in which you have an ownership interest, check this box if you have any foreign partners, owners, or beneficiaries. See instructions . . . . . . . [ ]

**5** Address (number, street, and apt. or suite no.). See instructions.

*2446 Burma Drive NE.*

**6** City, state, and ZIP code

*Albuquerque, New Mexico 87123*

**7** List account number(s) here (optional)

*9029 Bluvine*

Requester's name and address (optional)

*Anna M. Clarke
Barcelona Suites
900 Louisiana Blvd NE.
Albuquerque, NM 87110*

**Part I   Taxpayer Identification Number (TIN)**

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the instructions for Part I, later. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN*, later.

**Note:** If the account is in more than one name, see the instructions for line 1. See also *What Name and Number To Give the Requester* for guidelines on whose number to enter.

Social security number

[ ][ ][ ] - [ ][ ] - [ ][ ][ ][ ]

**or**

Employer identification number

[ ][ ] - [ ][ ][ ][ ][ ][ ][ ]

**Part II   Certification**

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and

2. I am not subject to backup withholding because (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and

3. I am a U.S. citizen or other U.S. person (defined below); and

4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification Instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and, generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions for Part II, later.

**Sign Here**   Signature of U.S. person *[signature]*   Date *Sat, April 27, 2024*

# General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** For the latest information about developments related to Form W-9 and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/FormW9*.

## What's New

Line 3a has been modified to clarify how a disregarded entity completes this line. An LLC that is a disregarded entity should check the appropriate box for the tax classification of its owner. Otherwise, it should check the "LLC" box and enter its appropriate tax classification.

New line 3b has been added to this form. A flow-through entity is required to complete this line to indicate that it has direct or indirect foreign partners, owners, or beneficiaries when it provides the Form W-9 to another flow-through entity in which it has an ownership interest. This change is intended to provide a flow-through entity with information regarding the status of its indirect foreign partners, owners, or beneficiaries, so that it can satisfy any applicable reporting requirements. For example, a partnership that has any indirect foreign partners may be required to complete Schedules K-2 and K-3. See the Partnership Instructions for Schedules K-2 and K-3 (Form 1065).

## Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS is giving you this form because they

Cat. No. 10231X

Form **W-9** (Rev. 3-2024)

 Gmail

DAILEY'S POOL SERVICES, LLC <daileyspoolservices@gmail.com>

---

## Michael. dailey
1 message

---

**DAILEY'S POOL SERVICES, LLC** <daileyspoolservices@gmail.com>      Thu, Oct 10, 2024 at 12:31 PM
To: affairs@oig.hhs.gov

i cant get through to the washinghtion dc switch board ive called numerous time and i suspect local and state authorities hav ing access to all my accounts. ive been trying toi contact the president because ive been illegally sent to prison on case 1:16cr04743 jch and its not judith c herrea its  a male judge flown inn from dc to do my se3ntenceing. im prevented from filing documents or appeals, me and our children are homeless and satying at b*srcelona hotel that also needs to be invetagwted for corruption. im also prevented from accessing the life ir. urace policys for my children  aas im bennificoiary . i nneed help i have law enforcemnt and gov office all involved includeing dojo nm .,fbi nm, interpool nm, etc. i am demanding the president investa gate this me and my family and children neeed help and safety of whistleiiblowing against new mexico govermenrt officals my phone number is 505-507-6531

 Gmail                                DAILEY'S POOL SERVICES, LLC <daileyspoolservices@gmail.com>

---

## Micheal Dailey Rental

---

**Andrew Rivas** <andrew.rivas@helpnm.com>                                   Tue, Dec 3, 2024 at 4:44 PM
To: "sales.abqhotels@gmail.com" <sales.abqhotels@gmail.com>
Cc: "daileyspoolservices@gmail.com" <daileyspoolservices@gmail.com>

Good afternoon Anna,

This is Andrew Rivas with Help, New Mexico. Michael daily is in the process of applying for rental assistance. He has an appointment scheduled with me on Thursday at 1:30. I'm at that time. I will contact you via email for a signature on a vendor voucher saying that you'll accept our payment we are planning to process and assist him with up to $2000. Please consider this email not a guarantee Pre-preemptive explanation of him seeking assistance to resolve his delinquency on rent

# Best,

| Image | **Andrew Rivas** |
| --- | --- |
| | *Community Support Advocate* |
| | Office of Economic Empowerment |
| | Bernalillo County |
| | 5101 Copper Ave NE, |
| | Albuquerque, New Mexico 87108 |
| | Phone: 505-357-3419 |
| | Email: andrew.rivas@helpnm.com |

2101 Mountain Rd NW

Albuquerque, New Mexico 87104

Email: andrew.rivas@helpnm. com

**From:** Annamarie Chavez <sales.abqhotels@gmail.com>
**Sent:** Wednesday, December 4, 2024 2:59 PM
**To:** Andrew Rivas <andrew.rivas@helpnm.com>
**Subject:** Re: Micheal Dailey Rental

# Thank you for your email. I really appreciate it.

On Tue, Dec 3, 2024 at 3:44 PM Andrew Rivas <andrew.rivas@helpnm.com> wrote:

Good afternoon Anna,

This is Andrew Rivas with Help, New Mexico. Michael daily is in the process of applying for rental assistance. He has an appointment scheduled with me on Thursday at 1:30. I'm at that time. I will contact you via email for a signature on a vendor voucher saying that you'll accept our payment we are planning to process and assist him with up to $2000. Please consider this email not a guarantee Pre-preemptive explanation of him seeking assistance to resolve his delinquency on rent

Best,

Andrew Rivas
*Community Support Advocate*
Office of Economic Empowerment
Bernalillo County
5101 Copper Ave NE,
Albuquerque, New Mexico 87108
Phone: 505-357-3419
Email: andrew.rivas@helpnm.com

2101 Mountain Rd NW

Albuquerque, New Mexico
87104

Phone 505-357-3419

Email: andrew.rivas@helpnm.
com

**From:** Annamarie Chavez <sales.abqhotels@gmail.com>
**Sent:** Wednesday, December 4, 2024 2:59 PM
**To:** Andrew Rivas <andrew.rivas@helpnm.com>
**Subject:** Re: Micheal Dailey Rental

# Thank you for your email. I really appreciate it.

On Tue, Dec 3, 2024 at 3:44 PM Andrew Rivas <andrew.rivas@helpnm.com> wrote:

Good afternoon Anna,

This is Andrew Rivas with Help, New Mexico. Michael daily is in the process of applying for rental assistance. He has an appointment scheduled with me on Thursday at 1:30. I'm at that time. I will contact you via email for a signature on a vendor voucher saying that you'll accept our payment we are planning to process and assist him with up to $2000. Please consider this email not a guarantee Pre-preemptive explanation of him seeking assistance to resolve his delinquency on rent

Best,

Andrew Rivas

*Community Support Advocate*
Office of Economic Empowerment
Bernalillo County
5101 Copper Ave NE,
Albuquerque, New Mexico 87108
Phone: 505-357-3419
Email andrew.rivas@helpnm.com

 Gmail    **DAILEY'S POOL SERVICES, LLC <daileyspoolservices@gmail.com>**

---

**Michael Dailey internal affairs complaint regarding kidnapping of minor**

---

**DAILEY'S POOL SERVICES, LLC <daileyspoolservices@gmail.com>**    Thu, Dec 5 at 9:12 PM
To: <cpoa@cabq.gov>

Hello I recently made a complaint that i dropped off on the eight floor filled out with additional paperwork. I also sent you the evidence in relation to my complaint about ms Martinez and supervising and attending officers on scene at 900 louisanna blvd ne Albuquerque nm on October 18th 2024goimg almost two months ago????? Are you guys going to help me get my son back I miss him very much and can't get the state of Texas to listen to me they won't do a report on kidnapping cause they said I have to report it inn nm. And nm won't make a report cause my son is inn Texas. None of this wouldve been possible if officers would listen to me instead of interfering/harrassing / and discriminated against me the 911 caller and discriminated against me by my disability and using this as a deterrent to prevent me from my son feom coming with me.Martinez kept on threatening me with cyfd and trying to trick me into believing and answering her questions like I don't know we're my son goes to school over and over she also attacks my mental health with accusations of mental health issues when my call to 911 wasnt about mental health or my prescriptions when she reapatlidy Kept insinuating that number one I wasn't on my medications AMD two that I didn't know werre my son went to school after explaining I just called 911 for help but turned into a mental health issue created by officer Martinez after explicitly stating my son was lied to police and had been brain washed by his step brother that just started living there and wanted to move to Texas to be with him. I told him no the only reason he is inn Texas because he got into trouble. I need some answers sir I haven't hers feom anyone and like other complaints IVE made inn the past I don't know what it is about officers attacking my mental health and ABUSEING their authority while under state and county and federal law while inn uniform treated me this way. I know I have had a past but THATS the past AMD IVE paid my debt in full cleaning up these streets inn bernalillo county and led to national investigations AMD RICCO cases. If I could be an informant and get the parents of Victoria Martins for murder and sent to prison and hundreds of cases to state and federal sentences knowing I had to be ready to be witness. Im going to send you an email to clearify all this that has happened to me / fiancé/and our 6 children since 2021 to presently speaking maybe someone will do the right things but to help this lady take my kid and accuse me of what I told you is bad. This is not the way law enforcement should work. All I did was Call 911 for help and got the totally opposite response.

I need some type of answers to my complaint   Respectfully, Mike Dailey



---------- Forwarded message ---------
From: **DAILEY'S POOL SERVICES, LLC** <daileyspoolservices@gmail.com>
Date: Sat, Dec 7, 2024 at 5:26 PM
Subject: Michael Dailey & Barcelona suites
To: <andrew.rivas@helpnm.com>

Hey Andrew it's me Michael Dailey the guy that had his brake line cutt after court.  Well im still trying to fix my brake line and with a fixed income it's hard.  I just wanted to thank you for your over AMD beyond help with out you I couldn't get everything done as you seen for yourself the process and just login attempts was ridiculous lol.

Question did the hotel manager respond to your email and approve or accept the rental assistance aggreement ? Lmk ASAP THANKS ALSO SEND ME A LINK TO GIVE U A REVIEW 🥵🥵

Mike Dailey

 Gmail

**DAILEY'S POOL SERVICES, LLC <daileyspoolservices@gmail.com>**

---

## Michael Dailey "Letter requested for Rental assistance "

---

**DAILEY'S POOL SERVICES, LLC** <daileyspoolservices@gmail.com>    Mon, Dec 9, 2024 at 5:04 PM
To: Andrew Rivas <andrew.rivas@helpnm.com>

Good evening Andrew hope this finds u well here is the last piece of requested information if u have anything else lmk right was thanks for everything you are awsome !!!
Shandi letter.pdf

 **Gmail**                    **DAILEY'S POOL SERVICES, LLC <daileyspoolservices@gmail.com>**

---

## RE: Michael Dailey & Barcelona suites

---

**Andrew Rivas** <andrew.rivas@helpnm.com>                    Mon, Dec 9, 2024 at 1:34 PM
To: DAILEY'S POOL SERVICES, LLC <daileyspoolservices@gmail.com>

Good Moring,

     I am still waiting on your girl friend's statement. I will not process anything with out as I explained on Thursday

Best,

Andrew Rivas
*Community Support Advocate*
Office of Economic
Empowerment

Bernalillo & Torrance Counties

**2101 Mountain Rd NW**

www.HELPNM.com

Facebook

Albuquerque, New Mexico
87104

Phone: 505-357-3413

Email: andrew.rivas@helpnm.
com

---

**From:** DAILEY'S POOL SERVICES, LLC <daileyspoolservices@gmail.com>
**Sent:** Saturday, December 7, 2024 5:30 PM
**To:** Andrew Rivas <andrew.rivas@helpnm.com>
**Subject:** Fwd: Michael Dailey & Barcelona suites

Mike Dailey

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

---

### III.  Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.  The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐ Failure to hire me.

☒ Termination of my employment.

☐ Failure to promote me.

☒ Failure to accommodate my disability.

☒ Unequal terms and conditions of my employment.

☒ Retaliation.

☒ Other acts *(specify):* __WhistleBlower Retaliation__

*(Note:  Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.  It is my best recollection that the alleged discriminatory acts occurred on date(s)
__1-10-2025 Whistleblower Complaint ECN 116053 / 10-18/19/2024__
/ Kidnapping of Son Because Reuben C. Durote Let 8 individuals inn After Visiting House.

C.  I believe that defendant(s) *(check one)*:

☒ is/are still committing these acts against me.

☐ is/are not still committing these acts against me.

D.  Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☐ race _____

☐ color _____

☐ gender/sex _____

☒ religion _____

☐ national origin _____

☐ age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*

☒ disability or perceived disability *(specify disability)*
__PTSD, Major Anxiety__

E.  The facts of my case are as follows.  Attach additional pages if needed.
43pg Supporting Evidence See Attached pg. 1-5    Statement of Claim 3 Fact.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

C.    **Place of Employment**

~~The address at which I sought employment or was employed by the defendant(s) is~~

| | |
|---|---|
| Name | Barcelona Suites |
| Street Address | 900 Louisanna Blvd N.E. |
| City and County | Albuquerque, Bernalillo |
| State and Zip Code | New Mexico - 87110 |
| Telephone Number | (505) 768-4500 |

## II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

 Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

 Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

 Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note:  In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

 Other federal law *(specify the federal law)*: 34 U.S.C §12601 Police Misconduct Provision

 45 CFR §75.216, 101, 400  NON-DISCRIMINATION

Relevant state law *(specify, if known)*: Prohibition Against Prof. +

Uniform Residential (UORRA)

☐  Relevant city or county law *(specify, if known)*:

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.    Exhaustion of Federal Administrative Remedies

A.      It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)* 8-12-25

B.      The Equal Employment Opportunity Commission *(check one)*:

☐      has not issued a Notice of Right to Sue letter.

☒      issued a Notice of Right to Sue letter, which I received on *(date)* 8/12/25 .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.      Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:



☑      60 days or more have elapsed.

☒      less than 60 days have elapsed.

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Immediately I want Injunctions 1 Million dollars USD. Due To After Filed Notice of Break of Rental Aggrement, And For My Son to be transitioned Back Into my custody Medical/Dental/Psychological/Paid For Life. And Property Returned

I Also Want New Idenity's And A House Seculeded of My Chice
With Veichles + LAnd.
Most Importanly Rule + Policy Change so This Dasent Happen
to Another American Citizen.

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.        For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    _11-12-2025_

Signature of Plaintiff    _____

Printed Name of Plaintiff    _Michael Dailey_____

### B.        For Attorneys

Date of signing:    _____

Signature of Attorney    _____
Printed Name of Attorney    _____
Bar Number    _____
Name of Law Firm    _____
Street Address    _____
State and Zip Code    _____
Telephone Number    _____
E-mail Address    _____

Exhibit L



11:23
◀ Gmail

✕        IMG_2088.png        💬    •••

Adam Dvr Personal ›

iMessage
Jun 13, Reiwa 4 at 12:38 PM

The address is 5523 havasu ave nw 87123

I mean 87120

Jun 13, Reiwa 4 at 4:58 PM

Hey bro my moms address 14205 La Cueva Ave 87123. Her number is 5053068933. And her name is Diana

Jun 13, Reiwa 4 at 9:27 PM

What time are you thinking tomorrow brother so I can tell my mom or just give her a call before you head over? Thanks a ton man

Ok I moved and canceled 3 short appointments tell your mom she's on the schedule tomorrow between 2-3 pm happy to help

Bro I appreciate it a ton. I'll let her know and tori and I will try to get off to go by and be there around



iMessage

 **Gmail**                 **DAiLEY'S POOL SERVICES, LLC <daileyspoolservices@gmail.com>**

---

## Mi hael Dailey

---

**DAILEY POOLSERVICE <daileyspoolservices@gmail.com>**                 Mon, Aug 30, 2021 at 10:51 PM
To: Charles Fisher <cfisher@3lionslawyer.com>, <dammginagina@gmail.com>

I hope that I do not see you in A Probation Violation Hearing and that you are still my attorney Mr. Fisher after all the times I've tried to contact you. I'm heading to federal Court tomorrow to find out if you still represent me in my current case. I need an emergency hearing for a motion to dismiss my probation due to good behavior and harassment by federal probation office kerry femencheer. We have video of him and three other federal probation officers harassing me and my family in my home. I've done nothing to deserve this mental abuse of authority because we used to work for the fbi and homeland security  kerry keeps asking us about our dealings with them, telling me im not filing my taxes for my business, asking my fiance to let them into her personal belongings, calling her a drug addict and threatening to remove her from my household . Ive never had a probation officer show up at my house in the middkle of the night , force me to get off my pain medications or els3e ikll be violated. Im tired of it ansd if you cant help me send me someone who can because it seems to me that no one will help me unlesss i hafve a probation. I need a copy of my sentence papers asap so i can file the notion my srlf thanks Mike 505-300-9397

900 Louisiana Blvd NE
Albuquerque, NM 87110
Office (505)859-4047
**sales.abqhotels@gmail.com**

K-9

The information transmitted with this e-mail message is confidential, legally privileged and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient or the employee responsible for delivering this message to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of all or any portion of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by reply e-mail or phone and delete this message and its attachments, if any.

--
AnnaMarie Chavez
Property Manager
### *Barcelona Suites*
900 Louisiana Blvd NE
Albuquerque, NM 87110
Office (505)859-4047
**sales.abqhotels@gmail.com**

The information transmitted with this e-mail message is confidential, legally privileged and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient or the employee responsible for delivering this message to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of all or any portion of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by reply e-mail or phone and delete this message and its attachments, if any.

Exhibit pg 1 of 4

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

Sealed Document + CASE

2022 MAY 23 PM 1:00

CLERK-ALBUQUERQUE

**UNITED STATES OF AMERICA,**
　　　　　Plaintiff,

vs.

　　　　　　　　　　　　　　Case No. 16-CR-04743 JCH

**MICHAEL A. DAILEY,**
　　　　　Defendant.

## MOTION TO TERMINATE PROBATION AND/OR ISSUE A NEW PROBATION OFFICER

COMES NOW, the Defendant, Michael A. Dailey, and hereby requests the Court to issue a Motion to Terminate Defendant's probation and/or Issue Another Probation Officer. As grounds for this Motion, Plaintiff states:

Defendant has been serving probation since May 2, 2019 and was scheduled to serve five years of supervised probation. Inn Sentencanceing your honor stated that after 18 months of good behavior I could put in a motion to terminate Probation as long as I completed all my requirements. I have been contacting my Lawyer Charles Fisher to put in this motion and contacted several attorneys here intown and no one will help me so i'm filing this motion on my own in fear of retaliation to be incarcerated over violating conditions of my release that i have already completed such as all the conditions that have been signed by the judge. As proof of the conditions completed iam providing the court with evidence of this See Exhibit A Completion of all counsleing requirements by NM, Rape Crisis Center Director Nick Sedillo , MA, LPCC Dated 10/29/21.

Note: Please do not Release To

Exhibit B 1 of 4
(Docketing Statement)

Pg 1

EX 2 of 4

cooperation with the federal government agency's. Kerry started our relationship on a video call during Covid stating if I was the judge I would have never let you out. Kerry does not like the fact that some of my medications were Narcotics such as Oxycodone and Adderall.. Kerry told me that if I continue these medications he will violate my probation. Kerry told me he wants to call my prescribing doctor so he could speak to him and to sign a medical release. I told Kerry you don't need to know this information of exactly why I take any of my medications and by you speaking to my doctor will only mess up my recovery. So eventually after numerous attempts of Kerry telling me to be at my house for home checks he cancels and says maybe another day. The days he has been at my home doing house checks he makes me, my kids and myself so uncomfortable and starts conversations to provoke me to be agitated. He's always telling me that he feels uncomfortable coming to my home and feels like he's always being watched and us always brings up the fact that I've been working with the fbi and homeland. By Kerry telling me this in front of other probation officers jeopardizes me and my family's safety now that all the probation officers know what I've done for Brian acee. , Kerry also had the Bernalillo County Sheriff's department sitting out front of my residence during a home check and bringing in additional probation officers inside my home and place of business Dailey's Pool Services, and while inside the residence, making threats directed at Defendant in front of his children and fiancé enticing Defendant to strike at Probation Officers while 3 Probation officers having me blocked/cornered inn yelling at the top of their lungs and provoking me to fight tScaring me and my Family. Telling me he is going to evict my fiance, and requesting to search her purse.

5.       Further, the probation officer Kerry has been Demanding that I sign blank HIPAA authorizations so that he can obtain Defendant's medical and psychological medical records. Kerry keeps on asking me what each medication is prescribed for and why I take them.

Pg. 2of4
(Docketing Statment)

This Probation Officer Kerry has also told me flat out that if I do not stop picking up my prescription Oxycodone he will violate me and take my NM drivers license so I can't work and he wanted to talk to my pain specialist. I told him no and I will not signDailey's Pool Services, LLC any blank medical release forms or let him speak to my doctors. Kerry then told me no more pain killers and he wants a letter from my doctor stating I am ok to drive or he will take my nm. Driver's license so I did this out of fear and Retaliation and provided him the letter of approval from mh prescribing doctor and Kerry became mDailey's Pool Services, LLCore mentally abusive so I filed a complaint with the attorney general's office so this is why I am bringing all this to your attention see Exhibit D LETTER FROM DR FOR PROBATION SO KEARY WONT TAKE MY DRIVERS LICENSE .. During Home visits or telephonically this probaation officer has caused me so much stress and worry. Your Honor , I just honestly don't get it. None of my past probation officers did not in no way shape or form act like this. I have successfully Completed all the terms of your probation Order through counseling and ETAL, SIGNED BY MY COUNSELOR IN BULLET POINT FORM and provided him copies of the same After I gave Kerry this letter of completion he is now demanding I go to do further treatment, counseling and put me on a color system for drug screening. On top of reporting every Monday at Noon and on the 5th of every month WITCH IS VERY EXCESSIVE.

      6.     Federal probation and parole officers are discussing Defendant's and his fiance's private "Sealed" documents with other probation officers and placing Defendant and all of his family members in harm's way.

      7.     Defendant recently filed a Complaint with the Attorney General's office against the Federal Probation and Parole Division. AND NO ONE WILL HELP ME WITH COMPLAINT OR RESPOND TO IT . SEE EXHIBIT E- PG 1-4

Exhibit 3 of 4
Docketing Statement

8.    Plaintiff has tried to contact his last known attorney of record, Charles Fischer, and has refused to respond.  Defendant is currently representing himself, Pro Se in the above-entitled case.  SEE EXHIBITS F PG 1-1, 1-7

9.    Defendant has fully earned the right to a significant reduction of his sentence based on the assistance he did before sentencing per the *Ex Parte* Joint Motion to Continue Sentencing Hearing.

10.    Defendant has been placed under the authority of a new probation officer who has a personal vendetta against Defendant and has been making life difficult and unbearable issues to be discussed at a hearing. Kerry is also having other medical officials try to get me to sign medical release forms to outside agencies so he can know personal mental health etc.. Defendant feels intimidated, threatened and harassed beyond what should be occurring with the policies and procedures of the probation rules of conduct. I cannot progress any further in my life cause this probation officer is really messing with me.  I tried to contact attorneys, talked to Kerry's supervisor, and filed a complaint with the Attorney General's office and no one will help me unless I'm locked up.  I have a video of him and the 3 probation officers having me backed into the corner at my house as we'll

11.    Defendant has a Facebook website showing where Defendant is at during his business hours and the long hours worked.

12.    Federal Probation and Parole office Kerry is making Defendant visit the office of the Parole Division every Monday and every 5th day of every month placing Defendant's business in jeopardy

13.    Defendant has additional mitigating circumstances that need to be addressed to the Court that cannot be placed in a motion. If all exhibits are not attached I will bring them into

Exhibit B pg 4 of 4
( DOCKETING STATEMENT )